Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Classic Construction & Restoration Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 5 – 2 4 7 7 5 4 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **406 S. Yale**<br>Number        Street | Number        Street |
| **Garland, TX 75042**<br>City                    State      ZIP Code | City                    State      ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br>City                    State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.classicconstruction.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2   3   8   9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number   Street |
| | _____ |
| | City   State   ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/27/2025**
MM/ DD/ YYYY

**X** **/s/ Aaron Painter**                    **Aaron Painter**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X**    **/s/ Robert T DeMarco**    Date **05/27/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number        Street

**Plano**                    **TX**    **75074**
City                    State    ZIP Code

**(972) 991-5591**                **robert@demarcomitchell.com**
Contact phone                    Email address

**24014543**                    **TX**
Bar number                    State

Fill in this information to identify the case:

Debtor Name   **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
                                                                                                (State)

Case number (If
known):          _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2.  **Cash on hand**                                                  _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | 2 2 2 9 | $0.00 |
| 3.2. **Bank of america** | **Checking account** | 2 2 7 4 | $3,354.84 |
| 3.3. **Bank of America** | **Checking account** | 2 3 0 0 | $16,768.89 |
| 3.4. **Bank of America** | **Checking account** | 2 2 9 0 | $677.89 |
| 3.5. **Bank of America** | **Checking account** | 2 2 4 5 | $500.00 |
| 3.6. **Capital One** | **Checking account** | 0 5 2 4 | $0.00 |
| 3.7. **Capital One** | **Checking account** | 0 5 2 7 | $0.00 |
| 3.8. **Capital One** | **Checking account** | 6 2 8 3 | $0.00 |
| 3.9. **Capital One** | **Checking account** | 1 9 4 7 | $0.00 |
| 3.10. **Capital One** | **Checking account** | 1 2 0 3 | $0.00 |
| 3.11. **Capital One** | **Checking account** | 1 2 1 1 | $2,351.45 |
| 3.12. **Capital One** | **Checking account** | 7 0 7 8 | $0.00 |
| 3.13. **Capital One** | **Checking account** | 6 3 7 9 | $0.00 |
| 3.14. **Capital One** | **Checking account** | 5 1 6 0 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

Debtor    **Classic Construction & Restoration Inc.**                          Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 4.1 | _____ | _____ |
| 4.2 | _____ | _____ |

5.   **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$23,653.07** |

---

**Part 2:**    Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.        | _____ |

---

**Part 3:**    Accounts receivable

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.   **Accounts receivable**

| 11a. 90 days old or less: | **unknown** | - | **unknown** | =..... ➡ | **$327,233.67** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **unknown** | - | **unknown** | =..... ➡ | **$28,862.51** |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | **$356,096.18** |

---

**Part 4:**    Investments

---

Debtor    **Classic Construction & Restoration Inc.**                                         Case number *(if known)* _____
Name

---

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| _____ |
|---|

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

_____    MM / DD / YYYY    _____    _____    _____

**20.** **Work in progress**

_____    MM / DD / YYYY    _____    _____    _____

**21.** **Finished goods, including goods held for resale**

_____    MM / DD / YYYY    _____    _____    _____

**22.** **Other inventory or supplies**

---

Debtor    **Classic Construction & Restoration Inc.**    Case number *(if known)* _____
    Name

_____    _____  _____  _____
                              MM / DD / YYYY

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    _____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

Debtor    **Classic Construction & Restoration Inc.**                Case number *(if known)* _____
          Name

---

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------|----------------------------|----------------------|
| 39. **Office furniture** | | | |
| Desks, Chairs, dry erase boards | unknown | ebay | $3,000.00 |
| 40. **Office fixtures** | | | |
| Kitchen cabinets and countertops, refrigerator | unknown | marketplace | $1,500.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptops, moniters | unknown | ebay | $4,000.00 |
| Connex 40 | unknown | online search | $1,000.00 |
| connex 20 | unknown | online search | $500.00 |
| Air movers, air scrubbers, shop vacs | unknown | marketplace | $5,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

    | $15,000.00 |
    |------------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

---

Debtor   **Classic Construction & Restoration Inc.**                          Case number *(if known)* _____
         Name

---

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                    | _____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 9: | Real property |
|---------|---------------|

Debtor   **Classic Construction & Restoration Inc.**
Name

Case number *(if known)*

---

**54.** **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

_____

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**   Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |

---

Debtor    **Classic Construction & Restoration Inc.**                                      Case number *(if known)* _____

     Name

| mailing lists | unknown | $0.00 |
|---|---|---|

64. **Other intangibles, or intellectual property**

 

65. **Goodwill**

 

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☐ No
  ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.
  ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

  _____    _____ – _____ = ➔    _____

                         Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

  _____    Tax year _____    _____

  _____    Tax year _____    _____

  _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

  _____                                _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Classic Construction & Restoration Inc.**

Name

Case number *(if known)*

---

**Nature of claim**

**Amount requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Classic Construction & Restoration Inc.**

Name

Case number *(if known)* _____

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $23,653.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $356,096.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................ ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $394,749.25 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................ | | $394,749.25 |

**Fill in this information to identify the case:**

Debtor name    **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**

(State)

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1.    Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

**2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1    Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name      **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$26,736.00** | **$26,736.00** |

**2.1** **Priority creditor's name and mailing address**

**Texas State Comptroller/Texas Attorney General**

**PO Box 13528**

**Austin, TX 78711**

Date or dates debt was incurred

**2024**

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Franchise tax**

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**A & J General Construction**

**9328 Lipton Lane**

**Dallas, TX 75217**

Date or dates debt was incurred    **6/24-1/25**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,278.11**

---

**3.2** Nonpriority creditor's name and mailing address

**A & L Painting & Drywall Services**

**108 Althea Dr.**

**Rockwall, TX 75032**

Date or dates debt was incurred    **4/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,630.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Accounting Seed**

**PO Box 772808**

**Detroit, MI 48277-2806**

Date or dates debt was incurred    **7/7/2023**

Last 4 digits of account number    **0   0   9   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,822.77**

---

**3.4** Nonpriority creditor's name and mailing address

**AIG Global Recovery Service**

**PO Box 25710**

**66255**

Date or dates debt was incurred    **2/24/2025**

Last 4 digits of account number    **5   5   1   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,766.76 |
|---|---|---|---|

**AIM Solutions, Inc.**

**3940 Fairlakes Circle**

**Dallas, TX 75228-1440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplier**

Date or dates debt was incurred    **10/18/2024**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,075.50 |
|---|---|---|---|

**All Pro Door Repair**

**PO Box 794275**

**Dallas, TX 75379**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred    **2/2025-4/2025**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**All-Mold Pro**

**709-B West Rusk Ste. 580**

**Rockwall, TX 75087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred    **2/26/2025**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**American Airlines Center**

**2500 Victory Ave.**

**Dallas, TX 75219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplier**

Date or dates debt was incurred    **2/26/2025**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number **2  0  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$33,789.94

---

**3.10** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number **1  0  0  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$7,067.84

---

**3.11** Nonpriority creditor's name and mailing address

**Axis Surplus Insurance Company**

**PO Box 4470**

**Alpharetta, GA 30023**

Date or dates debt was incurred  **12/30/2020**

Last 4 digits of account number  **8  2  9  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Deductible**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.12** Nonpriority creditor's name and mailing address

**Benjamin Maldonado**

**Maldonado Roofing**

**1204 E. Powell Ave.**

**Fort Worth, TX 76104**

Date or dates debt was incurred  **4/2025**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$28,804.67

---

Debtor   **Classic Construction & Restoration Inc.**                                        Case number *(if known)* _____
     Name

---

| **Part 2:** | Additional Page |

---

**3.13** Nonpriority creditor's name and mailing address

**Built By Grid, LLC**

**11410 Pagemill Rd.**

**Dallas, TX 75243**

Date or dates debt was incurred   **5/7/2024**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Capital One**

**PO Box 60519**

**City of Industry, CA 91716-0519**

Date or dates debt was incurred

Last 4 digits of account number  **4  3  3  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$86,726.29**

---

**3.15** Nonpriority creditor's name and mailing address

**Capital One**

**Attn: General Correspondence**

**PO Box 30285**

**Salt Lake City, UT 84130-0285**

Date or dates debt was incurred

Last 4 digits of account number  **4  2  1  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,898.93**

---

**3.16** Nonpriority creditor's name and mailing address

**Capital One Line of Credit**

**PO Box 71141**

**Charlotte, NC 28272-1141**

Date or dates debt was incurred

Last 4 digits of account number  **4  6  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$101,518.23**

---

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

### Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

**Cody App**

**EPIP Zone Whitefield**

**Bengaluru Karnataka,**

Date or dates debt was incurred

Last 4 digits of account number   s  s  i  c

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$18,000.00

---

**3.18** Nonpriority creditor's name and mailing address

**Comdata Center Card**

**PO Box 845738**

**Dallas, TX 75284**

Date or dates debt was incurred   12/23/2024

Last 4 digits of account number   -  2  7  3

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Service/materials**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$43,517.48

---

**3.19** Nonpriority creditor's name and mailing address

**Culhane Meadows**

**PO Box 49716**

**Atlanta, GA 30359**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$7,880.00

---

**3.20** Nonpriority creditor's name and mailing address

**Dallas Electric Co., Inc.**

**510 N. Ravinia Dr.**

**75211**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$9,374.00

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,256.00 |
|---|---|---|---|

**Drain Right LLC**

**3810 Nelcer Dr. Ste. 101 & 102**

**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **2024 & 2025**

**Basis for the claim:** **Vendor**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,850.53 |
|---|---|---|---|

**Fixco LLC**

**5803 Riverside Pkwy Apt 3907**

**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **2024**

**Basis for the claim:** **Vendor**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268,124.00 |
|---|---|---|---|

**Fusion Funding**

**3323 NE 163rd St , STE 401**

**North Miami Beach, FL 33160**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred **8/26/2024**

**Basis for the claim:** **Merchant Loan**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Global Recovery Services**

**PO Box 25710**

**Overland Park, KS 66225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **12/30/2018**

**Basis for the claim:** **Insurance Deductible**

Last 4 digits of account number **5   5   1   7**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Classic Construction & Restoration Inc.**                          Case number *(if known)* _____
           Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,158.20
| | **Grid Systems LLC** | *Check all that apply.*
| | | ☐ Contingent
| | **1700 NW 66 Ave. Ste. 113** | ☐ Unliquidated
| | **Fort Lauderdale, FL 33313** | ☐ Disputed
| | | **Basis for the claim:  Vender**
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | Last 4 digits of account number __ __ __ __ | ☑ No
| | | ☐ Yes

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,655.06
| | **Home Depot Rentals** | *Check all that apply.*
| | | ☐ Contingent
| | **PO Box 7247** | ☐ Unliquidated
| | **Philadelphia, PA 19170-7966** | ☐ Disputed
| | | **Basis for the claim:  Vendor**
| | Date or dates debt was incurred **10/2024** | **Is the claim subject to offset?**
| | Last 4 digits of account number __ __ __ __ | ☑ No
| | | ☐ Yes

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $376.00
| | **J & R Construction Remodeling Services** | *Check all that apply.*
| | | ☐ Contingent
| | **3809 Chicosa Trail** | ☐ Unliquidated
| | **Garland, TX 75043** | ☐ Disputed
| | | **Basis for the claim:  Vendor**
| | Date or dates debt was incurred **2024** | **Is the claim subject to offset?**
| | Last 4 digits of account number __ __ __ __ | ☑ No
| | | ☐ Yes

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,282.00
| | **J.M.S. Painting** | *Check all that apply.*
| | | ☐ Contingent
| | **12013 Forest Glen Ln** | ☐ Unliquidated
| | **Mesquite, TX 75180-4501** | ☐ Disputed
| | | **Basis for the claim:  Vendor**
| | Date or dates debt was incurred **2024** | **Is the claim subject to offset?**
| | Last 4 digits of account number __ __ __ __ | ☑ No
| | | ☐ Yes

---

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,125.00 |
|---|---|---|---|

**JH Roofing & Construction**

**9214 Gont Dr.**

**Rowlett, TX 75088**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,738.30 |
|---|---|---|---|

**Jose Aquire**

**511 E. Church St.**

**Lewisville, TX 75057**

Date or dates debt was incurred    **2023-2024**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,829.41 |
|---|---|---|---|

**Joseph Mann & Creed(Home Depot)**

**8948 Canyon Falls Blvd.**

**Twinsburg, OH 44087**

Date or dates debt was incurred

Last 4 digits of account number    **9  8  1  7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,429.32 |
|---|---|---|---|

**Limas Foundation**

**2913 Honeysuckle Dr**

**Garland, TX 75041-3709**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Classic Construction & Restoration Inc.**
_____     Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,468.00
| **M & A Plasters** | *Check all that apply.*
| | ☐ Contingent
| **223 Annette St.** | ☐ Unliquidated
| **Lancaster, TX 75146** | ☐ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred    **2024 & 2025** | Is the claim subject to offset?
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No
| | ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,259.00
| **Metropolitan Gate Inc.** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 541567** | ☐ Unliquidated
| **Dallas, TX 75354** | ☐ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred    **2024** | Is the claim subject to offset?
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No
| | ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $741,385.00
| **Nexi** | *Check all that apply.*
| | ☑ Contingent
| **100 Merrick Rd.** | ☑ Unliquidated
| **Rockville Centre, NY 11570** | ☑ Disputed
| | **Basis for the claim:** **Merchant loan**
| Date or dates debt was incurred    **4/2025** | Is the claim subject to offset?
| Last 4 digits of account number    **8  6  2  5** | ☑ No
| | ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,700.00
| **NTX Custom Coating** | *Check all that apply.*
| | ☐ Contingent
| **99 Trophy Club Dr.** | ☐ Unliquidated
| **Trophy Club, TX 76262** | ☐ Disputed
| | **Basis for the claim:** **Vendor**
| Date or dates debt was incurred    **1/2/2025** | Is the claim subject to offset?
| Last 4 digits of account number    ___ ___ ___ ___ | ☑ No
| | ☐ Yes

---

| Debtor | **Classic Construction & Restoration Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

**Omar Windows LLC**

**2616 Basswood Dr.**

**Grand Prairie, TX 75052**

Date or dates debt was incurred **2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,520.00

---

**3.38** Nonpriority creditor's name and mailing address

**Oncor Electric Delivery**

**PO Box 910104**

**Dallas, TX 75391**

Date or dates debt was incurred **7/1/2024**

Last 4 digits of account number **1  9  1  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **property Damage**

Is the claim subject to offset?
☑ No
☐ Yes

$6,162.39

---

**3.39** Nonpriority creditor's name and mailing address

**PPG Paints**

**PO Box 676340**

**Dallas, TX 75267-6340**

Date or dates debt was incurred

Last 4 digits of account number **2  4  4  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials**

Is the claim subject to offset?
☑ No
☐ Yes

$5,857.56

---

**3.40** Nonpriority creditor's name and mailing address

**Samuel Painting LLC**

**3614 Glacier Lane**

**Greenville, TX 75402**

Date or dates debt was incurred **1/30/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$5,400.00

---

Debtor   **Classic Construction & Restoration Inc.**                              Case number *(if known)* _____
   Name

---

**Part 2:**  Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

**Scorpio Iron Works**

**8017 Heinen Dr.**

**Dallas, TX 75227**

Date or dates debt was incurred   **3/28/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,275.00**

---

**3.42** Nonpriority creditor's name and mailing address

**Sedgwick Claims Management**

**3728 Phillips Hwy Ste. 360**

**Jacksonville, FL 32207**

Date or dates debt was incurred   **2023-2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,890.06**

---

**3.43** Nonpriority creditor's name and mailing address

**SES Construction**

**8201 Lake Valley Ct.**

**Rowlett, TX 75089**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$95,630.38**

---

**3.44** Nonpriority creditor's name and mailing address

**SMR Plumbing Inc**

**PO Box 560111**

**The Colony, TX 75056**

Date or dates debt was incurred   **2022-2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$40,900.73**

---

| Debtor | **Classic Construction & Restoration Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address

**Stellar Construction**

**6706 Lakeshore Dr.**

**Rowlett, TX 75089**

Date or dates debt was incurred   **2024-2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,944.62**

---

**3.46** | Nonpriority creditor's name and mailing address

**Texas Fence & Gate LLC**

**2442 Nw Dallas St**

**Grand Prairie, TX 75050-4906**

Date or dates debt was incurred   **2024-2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vnedor**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,422.00**

---

**3.47** | Nonpriority creditor's name and mailing address

**The King of Carpenter**

**12016 Hayes Lane**

**Spring, TX 77387**

Date or dates debt was incurred   **5/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$37,906.92**

---

**3.48** | Nonpriority creditor's name and mailing address

**The Landscape Partners**

**708 Blair Mill Road**

**Willow Grove, PA 19090**

Date or dates debt was incurred   **12/11/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,886.00**

---

Debtor    **Classic Construction & Restoration Inc.**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39,695.54** |

**3.49** Nonpriority creditor's name and mailing address

TRM Construction

816 E. North St.

Wills Point, TX 75169

Date or dates debt was incurred    **2024-2025**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$39,695.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Verizon Connect

PO Box Box

Albany, NY 12212

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  7  4  6**

**As of the petition filing date, the claim is:** **$1,352.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

WLS

PO Box 95598

Grapevine, TX 76099-9709

Date or dates debt was incurred    **11/30/2024**

Last 4 digits of account number    **0  6  4  5**

**As of the petition filing date, the claim is:** **$6,688.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Supplier**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Classic Construction & Restoration Inc.**

Name

Case number *(if known)* _____

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **MGR Law** <br> **100 Merrick Road Ste. W212** <br> **Rockville Centre, NY 11570** | Line **3.35** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2** **Scott & Associates PC** <br> **PO Box 115220** <br> **Carrollton, TX 75011-5220** | Line **3.14** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Classic Construction & Restoration Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$26,736.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,264,468.63** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,291,204.63** |

| Fill in this information to identify the case: |
|---|

Debtor name **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the: **Northern**   District of **Texas**
(State)

Case number (If known): _____   Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.   Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Classic Construction & Restoration Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Northern</strong>   District of   <strong>Texas</strong><br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Aaron Painter** | **1443 Malone Dr.**<br>Street<br><br>**Royse City, TX 75189**<br>City   State   ZIP Code | **Nexi**<br><br><br>**Fusion Funding** | ☐ D ☑ E/F ☐ G<br><br>☐ D ☑ E/F ☐ G |
| 2.2   **Painter, Aaron** | **1443 Malone**<br>Street<br><br>**Royse City, TX 75189**<br>City   State   ZIP Code | **Nexi**<br><br><br>**Fusion Funding** | ☐ D ☑ E/F ☐ G<br><br>☐ D ☑ E/F ☐ G |
| 2.3   **Painter, Stephen** | **4021 Creekbluff**<br>Street<br><br>**Rowlett, TX 75088**<br>City   State   ZIP Code | **Capital One**<br><br>**Capital One Line of Credit**<br><br>**Nexi**<br><br>**Fusion Funding** | ☐ D ☑ E/F ☐ G<br><br>☐ D ☑ E/F ☐ G<br><br>☐ D ☑ E/F ☐ G<br><br>☐ D ☑ E/F ☐ G |

| Debtor | **Classic Construction & Restoration Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | **Stephen Painter** | **4021 Creekbluff** <br> Street <br><br> **Rowlett, TX 75088** <br> City          State          ZIP Code | **Capital One** | ☐ D ☑ E/F ☐ G |
| | | | **Capital One Line of Credit** | ☐ D ☑ E/F ☐ G |
| | | | **Nexi** | ☐ D ☑ E/F ☐ G |
| | | | **Fusion Funding** | ☐ D ☑ E/F ☐ G |
| 2.5 | | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | | Street <br><br> City          State          ZIP Code | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name        **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____        Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................

   | $394,749.25 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................

   | $394,749.25 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   | $26,736.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   | + $2,264,468.63 |

4. **Total liabilities**................................................................................................................................
   Lines 2 + 3a + 3b

   | $2,291,204.63 |

Fill in this information to identify the case:

Debtor name **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>05/27/2025</u>          **X** <u>/s/ Aaron Painter</u>
　　　　　　　 MM/ DD/ YYYY              Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　 **Aaron Painter**
　　　　　　　　　　　　　　　　　　　　 Printed name

　　　　　　　　　　　　　　　　　　　　 **President**
　　　　　　　　　　　　　　　　　　　　 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$1,769,139.87** |
| **For prior year:** | From **01/01/2024** to **12/31/2024** MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$8,104,498.51** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023** MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | **$3,558,154.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024** MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023** MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor _____   Case number (if known) _____

Classic Construction & Restoration Inc.

Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **2**

Debtor    Classic Construction & Restoration Inc.          Case number *(if known)* _____
          Name

**5.1.** _____          _____          _____

Creditor's name

_____

Street

_____

_____

City                    State      ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City    State   ZIP Code | _____ <br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** **Mustang Park Vs. CB Jeni Homes** <br><br> **Case number** <br> **01-21-0017-5487** | **Insurance settled** | **County Court At Law #2, Denton County, Texas** <br> Name <br> **1450 E. McKinney Street** <br> Street <br> _____ <br> **Denton, TX 76209** <br> City    State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **7.2.** _____ <br><br> **Case number** <br> **DC-22-15532** | **settled** | **191st District Court, Dallas County, Texas** <br> Name <br> **600 Commerce Street #691** <br> Street <br> _____ <br> **Dallas, TX 75202** <br> City    State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   Classic Construction & Restoration Inc.          Case number *(if known)*
         Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

Street

City                    State      ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City                State      ZIP Code

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City                    State      ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:   Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | |

---

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Classic Construction & Restoration Inc.**                           Case number *(if known)*

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **05/07/2025** | **$15,000.00** |
| | Address | | | |
| | **500 N. Central Expressway Suite 500** | | | |
| | Street | | | |
| | **Plano, TX 75074** | | | |
| | City          State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   Classic Construction & Restoration Inc.                    Case number *(if known)*
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**
_____
Street
_____

_____
City            State    ZIP Code

**Relationship to debtor**
_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____      From _____  To _____
Street
_____

_____
City            State    ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name

_____
Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City            State    ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Capital One**<br>Name<br>**PO Box 25030**<br>Street<br><br>**Richmond, VA 23260**<br>City   State   ZIP Code | XXXX– **0  5  2  4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/2025** | **$0.00** |
| 18.2 | **Capital One**<br>Name<br>**PO Box 25030**<br>Street<br><br>**Richmond, VA 23260**<br>City   State   ZIP Code | XXXX– **0  5  2  7** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/2025** | **$0.00** |

Debtor    Classic Construction & Restoration Inc.    Case number *(if known)*
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 18.3 | **Capital One** <br> Name <br> **PO Box 25030** <br> Street <br><br> **Richmond, VA 23260** <br> City  State  ZIP Code | XXXX–**6 2 8 3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> ——— | **5/2025** | **$0.00** |
| 18.4 | **Capital One** <br> Name <br> **PO Box 25030** <br> Street <br><br> **Richmond, VA 23260** <br> City  State  ZIP Code | XXXX–**1 9 4 7** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> ——— | **5/2025** | **$0.00** |
| 18.5 | **Capital One** <br> Name <br> **PO Box 25030** <br> Street <br><br> **Richmond, VA 23260** <br> City  State  ZIP Code | XXXX–**7 0 7 8** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> ——— | **5/2025** | **$0.00** |
| 18.6 | **Capital One** <br> Name <br> **PO Box 25030** <br> Street <br><br> **Richmond, VA 23260** <br> City  State  ZIP Code | XXXX–**6 3 7 9** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> ——— | **5/2025** | **$0.00** |
| 18.7 | **Capital One** <br> Name <br> **PO Box 25030** <br> Street <br><br> **Richmond, VA 23260** <br> City  State  ZIP Code | XXXX–**5 1 6 0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> ——— | **5/2025** | **$0.00** |
| 18.8 | **Capital One** <br> Name <br> **PO Box 25030** <br> Street <br><br> **Richmond, VA 23260** <br> City  State  ZIP Code | XXXX–**1 2 1 1** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> ——— | **5/2025** | **$2,351.45** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   Classic Construction & Restoration Inc.

Case 25-41874-elm11   Doc 1   Filed 05/27/25   Entered 05/27/25 09:08:11   Desc Main
Document   Page 45 of 67   Case number *(if known)*

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State   ZIP Code | City          State   ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State   ZIP Code | City          State   ZIP Code | _____ | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Classic Construction & Restoration Inc.**          Case number *(if known)*
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City          State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Carter Group Tax**<br>Name<br>**1200 Richardson Ste. 300**<br>Street<br><br>**Richardson, TX 75080**<br>City          State     ZIP Code | From _____   To **present** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | From _____    To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    Classic Construction & Restoration Inc.    Case number *(if known)*
_____    _____    _____

Name

| Name and address |
|---|

26d.1.

_____

Name

_____

Street

_____

_____

City                    State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____

Name

_____

Street

_____

_____

City                    State        ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen Painter** | **4021 Creekbluff Rowlett, TX 75088** | **President,** | **51.00%** |
| **Aaron Painter** | **1443 Malone Royse City, TX 75189** | **CEO,** | **49.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ |
|  |  |  | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   **Classic Construction & Restoration Inc.**                   Case number *(if known)*
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Aaron Painter** <br> Name <br> **1443 Malone Dr.** <br> Street <br><br> **Royse City, TX 75189** <br> City         State         ZIP Code <br><br> Relationship to debtor | **2025: $52,355.83; 2024 $150,700.24** | | **Compensation** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Brandy Painter** <br> Name <br> **1443 Malone Dr.** <br> Street <br><br> **Royse City, TX 75189** <br> City         State         ZIP Code <br><br> Relationship to debtor | **2025 $50,116.27; 2024 $155,211.31** | | **Compensation** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Abigail Painter** <br> Name <br><br> Street <br><br> City         State         ZIP Code <br><br> Relationship to debtor | **2025 $3487.38; 2024 $10,718.98** | | **Compensation** |

Debtor   **Classic Construction & Restoration Inc.**                                    Case number *(if known)* _____
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Madalyn Hernandez**<br>Name<br><br>Street<br><br>City          State          ZIP Code<br><br>Relationship to debtor | **2025 $15,842.76; 2024<br>$38,496.23** | | **Compensation** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Stephen Painter**<br>Name<br>**4021 Creekbluff**<br>Street<br><br>**Rowlett, TX 75088**<br>City          State          ZIP Code<br><br>Relationship to debtor | **$61,204.49 - Last 12 months** | | **Compensation** |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/27/2025**
              MM/ DD/ YYYY

Debtor   **Classic Construction & Restoration Inc.**                          Case number *(if known)*
         Name

**X** /s/ Aaron Painter                                    Printed name        **Aaron Painter**
Signature of individual signing on behalf of the debtor


Position or relationship to debtor        **President**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                            CHAPTER  **11**

**Classic Construction & Restoration Inc.**

DEBTOR(S)                                                                          CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Stephen Painter**<br>4201 Creekbluff<br>Rowlett, TX 75088 | President | | 51 |
| **Aaron Painter**<br>1443 Malone<br>Royse City, TX 75189 | CEO | | 49 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **05/27/2025** _____          Signature: **/s/ Aaron Painter** _____
                                                          *Aaron Painter, President*

Fill in this information to identify the case:

Debtor name      **Classic Construction & Restoration Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nexi 100 Merrick Rd. Rockville Centre, NY 11570 | | Merchant loan | Contingent Disputed Unliquidated | | | $741,385.00 |
| 2 | Fusion Funding 3323 NE 163rd St , STE 401 North Miami Beach, FL 33160 | | Merchant Loan | Contingent Disputed Unliquidated | | | $268,124.00 |
| 3 | Limas Foundation 2913 Honeysuckle Dr Garland, TX 75041-3709 | | Vendor | | | | $119,429.32 |
| 4 | Capital One Line of Credit PO Box 71141 Charlotte, NC 28272-1141 | | Line of credit | | | | $101,518.23 |
| 5 | SES Construction 8201 Lake Valley Ct. Rowlett, TX 75089 | | Vendor | | | | $95,630.38 |
| 6 | Capital One PO Box 60519 City of Industry, CA 91716-0519 | | Credit Card | | | | $86,726.29 |
| 7 | AIM Solutions, Inc. 3940 Fairlakes Circle Dallas, TX 75228-1440 | | Supplier | | | | $71,766.76 |
| 8 | Stellar Construction 6706 Lakeshore Dr. Rowlett, TX 75089 | | Vendor | | | | $60,944.62 |

| Debtor | **Classic Construction & Restoration Inc.** | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Fixco LLC<br>5803 Riverside Pkwy Apt 3907<br>Grand Prairie, TX 75050 | | Vendor | | | | $58,850.53 |
| 10  J.M.S. Painting<br>12013 Forest Glen Ln<br>Mesquite, TX 75180-4501 | | Vendor | | | | $56,282.00 |
| 11  Drain Right LLC<br>3810 Nelcer Dr. Ste. 101 & 102<br>Rowlett, TX 75088 | | Vendor | | | | $54,256.00 |
| 12  Comdata Center Card<br>PO Box 845738<br>Dallas, TX 75284 | | Service/materials | | | | $43,517.48 |
| 13  SMR Plumbing Inc<br>PO Box 560111<br>The Colony, TX 75056 | | Vendor | | | | $40,900.73 |
| 14  TRM Construction<br>816 E. North St.<br>Wills Point, TX 75169 | | Vendor | | | | $39,695.54 |
| 15  The King of Carpenter<br>12016 Hayes Lane<br>Spring, TX 77387 | | Vendor | | | | $37,906.92 |
| 16  Accounting Seed<br>PO Box 772808<br>Detroit, MI 48277-2806 | | Supplier | | | | $36,822.77 |
| 17  American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | | Supplier | | | | $33,789.94 |
| 18  Benjamin Maldonado<br>Maldonado Roofing<br>1204 E. Powell Ave.<br>Fort Worth, TX 76104 | | Vendor | | | | $28,804.67 |
| 19  Grid Systems LLC<br>1700 NW 66 Ave. Ste. 113<br>Fort Lauderdale, FL 33313 | | Vender | | | | $25,158.20 |
| 20  A & J General Construction<br>9328 Lipton Lane<br>Dallas, TX 75217 | | Vendor | | | | $24,278.11 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Northern District of Texas

**In re**    Classic Construction & Restoration Inc.

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................................... **$15,000.00**

Prior to the filing of this statement I have received .............................................................................. **$15,000.00**

Balance Due ......................................................................................................................................... **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __05/27/2025__ | __/s/ Robert T DeMarco__ |
| *Date* | Robert T DeMarco |
| | *Signature of Attorney* |

Bar Number: 24014543
DeMarco Mitchell, PLLC
500 N. Central Expressway Suite 500
Plano, TX 75074
Phone: (972) 578-1400

__DeMarco Mitchell, PLLC__
*Name of law firm*

---

Date:    __05/27/2025__                    __/s/ Aaron Painter__

                                **Aaron Painter**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Classic Construction & Restoration
            Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **05/27/2025**      Signature _____**/s/ Aaron Painter**_____

Aaron Painter, President

A & J General Construction
9328 Lipton Lane
Dallas, TX 75217

A & L Painting & Drywall
Services
108 Althea Dr.
Rockwall, TX 75032

Aaron Painter
1443 Malone Dr.
Royse City, TX 75189

Accounting Seed
PO Box 772808
Detroit, MI 48277-2806

AIG Global Recovery Service
PO Box 25710
66255

AIM Solutions, Inc.
3940 Fairlakes Circle
Dallas, TX 75228-1440

All Pro Door Repair
PO Box 794275
Dallas, TX 75379

All-Mold Pro
709-B West Rusk Ste. 580
Rockwall, TX 75087

American Airlines Center
2500 Victory Ave.
Dallas, TX 75219

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Axis Surplus Insurance
Company
PO Box 4470
Alpharetta, GA 30023

Benjamin Maldonado
Maldonado Roofing
1204 E. Powell Ave.
Fort Worth, TX 76104

Built By Grid, LLC
11410 Pagemill Rd.
Dallas, TX 75243

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Line of Credit
PO Box 71141
Charlotte, NC 28272-1141


Cody App
EPIP Zone Whitefield
Bengaluru Karnataka


Comdata Center Card
PO Box 845738
Dallas, TX 75284


Culhane Meadows
PO Box 49716
Atlanta, GA 30359


Dallas Electric Co., Inc.
510 N. Ravinia Dr.
75211


Drain Right LLC
3810 Nelcer Dr. Ste. 101 & 102
Rowlett, TX 75088


Fixco LLC
5803 Riverside Pkwy Apt 3907
Grand Prairie, TX 75050

Fusion Funding
3323 NE 163rd St , STE 401
North Miami Beach, FL 33160


Global Recovery Services
PO Box 25710
Overland Park, KS 66225


Grid Systems LLC
1700 NW 66 Ave. Ste. 113
Fort Lauderdale, FL 33313


Home Depot Rentals
PO Box 7247
Philadelphia, PA 19170-7966


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


J & R Construction
Remodeling Services
3809 Chicosa Trail
Garland, TX 75043


J.M.S. Painting
12013 Forest Glen Ln
Mesquite, TX 75180-4501

JH Roofing & Construction
9214 Gont Dr.
Rowlett, TX 75088


Jose Aquire
511 E. Church St.
Lewisville, TX 75057


Joseph Mann & Creed(Home
Depot)
8948 Canyon Falls Blvd.
Twinsburg, OH 44087


Limas Foundation
2913 Honeysuckle Dr
Garland, TX 75041-3709


M & A Plasters
223 Annette St.
Lancaster, TX 75146


Metropolitan Gate Inc.
PO Box 541567
Dallas, TX 75354


MGR Law
100 Merrick Road Ste. W212
Rockville Centre, NY 11570


Nexi
100 Merrick Rd.
Rockville Centre, NY 11570

NTX Custom Coating
99 Trophy Club Dr.
Trophy Club, TX 76262


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450


Omar Windows LLC
2616 Basswood Dr.
Grand Prairie, TX 75052


Oncor Electric Delivery
PO Box 910104
Dallas, TX 75391


Aaron Painter
1443 Malone
Royse City, TX 75189


Stephen Painter
4021 Creekbluff
Rowlett, TX 75088


PPG Paints
PO Box 676340
Dallas, TX 75267-6340

Samuel Painting LLC
3614 Glacier Lane
Greenville, TX 75402


Scorpio Iron Works
8017 Heinen Dr.
Dallas, TX 75227


Scott & Associates PC
PO Box 115220
Carrollton, TX 75011-5220


SEC
100 F Street
Washington, DC 20549


Sedgwick Claims Management
3728 Phillips Hwy Ste. 360
Jacksonville, FL 32207


SES Construction
8201 Lake Valley Ct.
Rowlett, TX 75089


SMR Plumbing Inc
PO Box 560111
The Colony, TX 75056


Stellar Construction
6706 Lakeshore Dr.
Rowlett, TX 75089

Stephen Painter
4021 Creekbluff
Rowlett, TX 75088


Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548


Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Fence & Gate LLC
2442 Nw Dallas St
Grand Prairie, TX 75050-4906


Texas State
Comptroller/Texas Attorney
General
PO Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


The King of Carpenter
12016 Hayes Lane
Spring, TX 77387


The Landscape Partners
708 Blair Mill Road
Willow Grove, PA 19090


TRM Construction
816 E. North St.
Wills Point, TX 75169


U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76113


U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Small Business
Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155


United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204


United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231


Verizon Connect
PO Box Box
Albany, NY 12212


WLS
PO Box 95598
Grapevine, TX 76099-9709